David J. WILLIAMS, Plaintiff–
Appellant,

v.

State of NORTH CAROLINA; Wake
County; Robert L. Farmer, Presiding
Judge of Wake County; District At-
torney, of Wake County; Roy Cooper,
Attorney General of North Carolina,
Defendants–Appellees.

No. 03–6524.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 18, 2003.

David J. Williams, Appellant Pro Se.

Before WIDENER, LUTTIG, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

David J. Williams appeals the district
court's judgment dismissing his 42 U.S.C.
§ 1983 (2000) complaint. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *See
Williams v. North Carolina,* No. CA–03–
182–5–BO (E.D.N.C. Mar. 18, 2003). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*